UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01402-SPG-RAOx | Date | November 21, 2023 |
| Title | Los Angeles Waterkeeper v. Sause Bros., Inc. | | |

Present: The Honorable **SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE**

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:   (IN CHAMBERS) ORDER GRANTING ENTRY OF CONSENT DECREE**

## Background

Before the Court is Plaintiff Los Angeles Waterkeeper's ("Plaintiff") and Defendant Sause Bros., Inc.'s ("Defendant") joint request for entry of the proposed consent decree. (ECF No. 21). The United States Department of Justice has also received the proposed consent decree and does not object to its entry. (ECF No. 20). For the reasons stated herein, the Court hereby approves the proposed consent decree.

## Discussion

### I.   Legal Standard

District courts are tasked with reviewing proposed consent decrees to determine whether they are "fundamentally fair, adequate and reasonable." *United States v. Oregon*, 913 F.2d 576, 580 (9th Cir. 1990). "In determining whether a proposed consent decree is fair, courts examine both procedural and substantive fairness." *Turtle Island Restoration Network v. U.S. Dept. of Commerce*, 834 F. Supp. 2d 1004, 1016 (D. Hawaii 2011). "As long as the consent decree comes within the general scope of the case made by the pleadings, furthers the objectives upon which the law is based, and does not violate[] the statute upon which the complaint was based, the parties' agreement may be entered by the court." *Sierra Club, Inc. v. Electronic Controls Design, Inc.*, 909 F.2d 1350, 1355 (9th Cir. 1990) (internal citations omitted).

### II.   The Proposed Consent Decree

Having considered the proposed consent decree, the Court finds it fair, reasonable, and consistent with the purposes of the Clean Water Act ("CWA"). The parties reached the settlement after good faith, arms-length negotiations conducted by experienced counsel.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01402-SPG-RAOx | Date | November 21, 2023 |
| Title | Los Angeles Waterkeeper v. Sause Bros., Inc. | | |

(ECF No. 23). The consent decree also furthers the objectives of the CWA by requiring that Defendant comply with that law's requirements. (ECF No. 21). The suit here was based on Defendant's alleged failure to do so, and, therefore, the consent decree is tailored to fall within the general scope of the case made by the pleadings. See *Sierra Club*, 909 F.2d at 1355. Additionally, the consent decree contains a requirement that Defendant submit a payment to a non-party organization for environmental projects, which will further the goals of the CWA. See 33 U.S.C. § 1251(a) (providing that the CWA's objective is to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters").

**Conclusion**

      Based on the foregoing, the Court finds the proposed consent decree should be entered and directs the Clerk of Court to enter the consent decree as filed in ECF No. 21-1.

      IT IS SO ORDERED.

                                                                                                               Initials of Preparer   pg